UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C
and 15D, AFL-CIO by its Trustees JAMES T. CALLAHAN,
LYNN A. MOUREY, ROBERT SHAW and RUSSELL
SHAW, and JOHN and JANE DOE, as Beneficiaries of the      RULE 7.1
ANNUITY, WELFARE and APPRENTICESHIP SKILL                 STATEMENT
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C          07-CIV-
and 15D, AFL-CIO,

                                        Plaintiffs,

            -against-

MANETTA INDUSTRIES, INC.,

                                        Defendant.
------------------------------------------------------------------X



07 CIV. 8417

JUDGE CASTEL

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

Dated: September 21, 2007

                                                          Signature of Attorney (JS-3515)