# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Manetta Industries, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV. 8417**

**JUDGE CASTEL**

TO: (Name and address of defendant)

Manetta Industries, Inc.
44-17 54th Drive
Maspeth, New York 11378

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

SEP 2 8 2007
DATE

(BY) DEPUTY CLERK

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8417    AND FILED ON    9/28/2007

THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D,    Plaintiff(s)/Petitioner(s)
Vs.
MANETTA INDUSTRIES, INC.    Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                                               SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 10/10/2007 at 1:36PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: MANETTA INDUSTRIES, INC.    (herein called recipient) therein named.
At Location: 44-17 54TH DRIVE
MASPETH NY 11378

By delivering to and leaving with DOMINICK TORREGROSSO and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: WH    Color of Hair: BLACK
Age: 44    Height: 5'9"
Weight: 186    Other Features: MOUSTACHE, BEARD

Sworn to before me on 10/11/2007

Eric Averbach
Server's License#: 918927

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010